THE PEOPLE OF THE STATE OF NEW YORK ex rel. AUTOMATIC VENDING COMPANY, Appellant, *v.* OTTO KELSEY, as Comptroller of the State of New York, Respondent.

*People ex rel. Automatic Vending Co.* v. *Kelsey*, 101 App. Div. 325, affirmed. (Argued February 21, 1905; decided March 7, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 23, 1905, which confirmed a determination of the defendant assessing a franchise tax upon the relator.

*Charles A. Collin* for appellant.

*Julius M. Mayer, Attorney-General* (*Horace McGuire* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

CATHERINE L. LYON, Respondent, *v.* THOMAS L. JAMES et al., Defendants, and ABEL H. GILBERT, Appellant.

*Lyon* v. *James*, 97 App. Div. 385, affirmed. (Argued February 27, 1905; decided March 7, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William Hepburn Russell, William Beverly Winslow* and *John E. Ruston* for appellant.

*Edward P. Lyon* and *Percival C. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.